**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| MATTHEW WHITFIELD,<br><br>Plaintiff,<br><br>v.<br><br>STONEMOR INC., JOSEPH M. REDLING, ANDREW AXELROD, SPENCER E. GOLDENBERG, DAVID MILLER, STEPHEN NEGROTTI, KEVIN PATRICK, and PATRICIA WELLENBACH,<br><br>Defendants. | ) | Case No. 1:22-cv-07286 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: November 7, 2022

**GRABAR LAW OFFICE**

By: ______________________

Joshua H. Grabar (#5906953)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
267-507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*